IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARGIN SIGN SYSTEMS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 09 CV 1266 |
| v. | ) ) | Judge Virginia M. Kendall |
| XDATA SOLUTIONS, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE**

Plaintiff, TARGIN SIGN SYSTEMS, INC., hereby files a voluntary dismissal without prejudice of the Class Action Complaint against Defendant, XDATA SOLUTIONS, INC. , as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

TARGIN SIGN SYSTEMS, INC., individually and as the representative of a class of similarly-situated persons

By: s/Brian J. Wanca
One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 16, 2009, I electronically filed this Notice of Voluntary Dismissal of the Class Action Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all attorneys of record.

                 s/Brian J. Wanca
                 Brian J. Wanca
                 Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |